**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James NIBLOCK, Defendant— Appellant.**

No. 08–6830.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2008.

Decided: Oct. 9, 2008.

James Niblock, Appellant Pro Se. Dana James Boente, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Niblock appeals from the district court's order denying his motion to correct a clerical error in his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Niblock*, No. 1:02–cr–00568–GBL–1 (E.D. Va. filed May 5, 2008; entered May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*